OCTOBER 28, 1957.

No. 74, Misc. WILLIAMS, GOVERNOR OF MICHIGAN, ET AL. *v.* SIMONS, CHIEF JUDGE, U. S. COURT OF APPEALS FOR THE SIXTH CIRCUIT, ET AL. On motion for leave to file a petition for a writ of mandamus and/or prohibition. It is ordered that the respondents show cause on or before Tuesday, November 12, 1957, why a writ of mandamus and/or prohibition should not issue. *G. Mennen Williams,* Governor of Michigan, *Thomas M. Kavanagh,* Attorney General, *Edmund E. Shepherd,* then Solicitor General, and *Samuel J. Torina,* now Solicitor General, for petitioners.

No. 112, October Term, 1952. SOBELL *v.* UNITED STATES. The motion to vacate the orders denying petitions for writ of certiorari, 344 U. S. 838, and rehearing, 344 U. S. 889, and the request for oral hearing on motion are denied. *Frank J. Donner, Arthur Kinoy, Marshall Perlin* and *Benjamin Dreyfus* for petitioner. *Solicitor General Rankin* for the United States.

No. 91. NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE *v.* ALABAMA EX REL. PATTERSON, ATTORNEY GENERAL. The motion for leave to file brief of American Jewish Congress et al., as *amici curiae,* is denied.